## CAPITAL BANK v ABBE, etc.

### Case No. 88-228-AP

Eleventh Judicial Circuit, Dade County

September 24, 1990

### APPEARANCES OF COUNSEL

**Michael W. Ullman, Esquire,** and **Charles J. Berg, Esquire,** Ullman & Ullman, P.A., for appellant.

No appearance by appellee.

Before KORNBLUM, KAHN, CARDONNE, JJ.

### OPINION OF THE COURT

PER CURIAM.

The county court entered an order which provided in part as follows:

> The County Court does not have authority to direct the Dade County Sheriff to forcibly enter upon the premises of a party to effectuate levy even though all conditions have been met, to wit: a Final Judgment, recording thereon, docketing with the Dade County Sheriff's Department, and delivery of levy instructions to the Dade County Sheriff.

We disagree. The court has the inherent authority to require enforcement of its orders. See e.g. *American Savings & Loan Association v Saga Development,* 362 So.2d 54 (Fla. 3d DCA 1978).

Reversed and remanded for further proceedings consistent with this opinion.